Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

Amir Freund (*pro hac* application to be submitted)
Irene Yang (*pro hac* application to be submitted)
SIDLEY AUSTIN LLP
1001 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 565-7067
amir.freund@sidley.com
irene.yang@sidley.com

*Attorneys for Defendant VintaBio, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHARMACEUTICAL TECHNICAL SOLUTIONS, INC., a registered Nevada corporation,<br><br>Plaintiff,<br>v.<br><br>VINTABIO, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 2:24-cv-00597-JAD-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT VINTABIO, INC. TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant VintaBio, Inc. ("Defendant") and Plaintiff Pharmaceutical Technical Solutions, Inc. ("Plaintiff"), by and through their respective counsel of record, hereby agree, stipulate and respectfully request that the Court extend the deadline for Defendant to answer or otherwise respond to the Complaint from April 23, 2024 to May 3, 2024. This is the first request to extend the deadline.

The parties agree to the extension to permit Defendant to fully evaluate the allegations in the Complaint so that they can prepare an appropriate response.

///

///

///

///

The undersigned represent that this stipulation is not designed for purposes of delay.

DATED this 18th day of April, 2024.

| McDONALD CARANO LLP | HOLLY DRIGGS LTD. |
|---|---|
| By: /s/ Kristen T. Gallagher<br>Kristen T. Gallagher (NSBN 9561)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>kgallagher@mcdonaldcarano.com<br><br>Amir Freund<br>(*pro hac* application to be submitted)<br>Irene Yang<br>(*pro hac* application to be submitted)<br>SIDLEY AUSTIN LLP<br>1001 Page Mill Road<br>Palo Alto, CA 94304<br>amir.freund@sidley.com<br>irene.yang@sidley.com<br><br>*Attorneys for Defendant VintaBio, Inc.* | By: /s/ Anthony A. Torroll<br>James D. Boyle (NSBN 8384)<br>Anthony A. Torroll (NSBN 16640)<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>jboyle@nevadafirm.com<br>atorroll@nevadafirm.com<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED**

_____
Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
Date: 4/19/2024