1  JAMES D. BOYLE, ESQ.
   Nevada Bar No. 08384
2  Email: jboyle@nevadafirm.com
   ANTHONY A. TORROLL, ESQ.
3  Nevada Bar No. 16640
4  Email: atorroll@nevadafirm.com
   HOLLEY DRIGGS LTD.
5  300 South Fourth Street, Suite 1600
   Las Vegas, Nevada 89101
6  Telephone:     (702) 791-0308
7  Facsimile:     (702) 791-1912

8  *Attorneys for Plaintiff Pharmaceutical Technical Solutions, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| PHARMACEUTICAL TECHNICAL SOLUTIONS, INC., a registered Nevada corporation, <br><br> Plaintiff, <br><br> v. <br><br> VINTABIO, INC., a registered Delaware corporation, <br><br> Defendant. | CASE NO.:   2:24-cv-00597-JAD-MDC <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
|---|---|

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LR IA 6-2, Plaintiff Pharmaceutical Technical Solutions, Inc. ("PTSI") and Defendant VintaBio, Inc. ("VintaBio"), through their respective counsel, hereby jointly stipulate to dismiss the above-captioned action with prejudice in its entirety.

///

///

///

///

///

///

///

14844-02/3171462.docx

PTSI and VintaBio shall each bear its own attorneys' fees and costs incurred in this action.

DATED this 20th day of June, 2024.         DATED this 20th day of June, 2024.

**HOLLEY DRIGGS LTD.**                              **McDONALD CARANO LLP**

  /s/ James D. Boyle                                          /s/ Kristen T. Gallagher
James D. Boyle, (NBN 8384)                        Kristen T. Gallagher (NBN 9561)
Anthony A. Torroll, Esq, (NBN 16640)        2300 West Sahara Avenue, Suite 1200
300 S. Fourth Street, Suite 1600                  Las Vegas, Nevada 89102
Las Vegas, Nevada 89101

                                                                        **SIDLEY AUSTIN LLP**
*Attorneys for Plaintiff Pharmaceutical*         Irene Yang (admitted *pro hac vice*)
*Technical Solutions, Inc*                              555 California Street, Suite 2000
                                                                        San Francisco, California 94104

                                                                        *Attorneys for Defendant VintaBio, Inc.*

## ORDER

Based on the parties' stipulation [ECF No. 14] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 24, 2024